**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE**

CASE NO.: CR-07-00048　　　　　　　　　　　　DATE: June 12, 2007

HON. Elizabeth Barrett-Anderson, Designated Judge, Presiding
Law Clerk: Jennifer Moton　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos　　　Electronically Recorded: 10:43:07 - 10:49:25
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Wade Perez Williams　　　　　Attorney: Rawleen Mantananona
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☒ Retained ☐ FPD ☑ CJA
U.S. Attorney: Kristin St. Peter　　　　U.S. Agent:
U.S. Probation: Grace Flores　　　　　　U.S. Marshal: T. Muna
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Intial Appearance on an Information and Arraignment**
- Defendant waives reading of Information.
- Plea entered: Not guilty
- Trial set for: August 7, 2007 at 9:30 a.m.
- Defendant released on conditions orally ordered by Court.

NOTES: