AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA
V.

**WADE PEREZ WILLIAMS**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-07-00048

RECEIVED
~~MAY 31~~ 2007
JUN. 01
US MARSHALS SERVICE-GUAM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| Before: Honorable Joaquin V. E Manibusan, Jr. | Date and Time<br>**Tuesday, June 12, 2007 at 9:30 a.m.** |

To answer a(n)
  ☐ Indictment   X Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title ___18___ United States Code, Section(s) ___641___

Brief description of offense:

**Theft of Government Property**

FILED
DISTRICT COURT OF GUAM
JUN 1 2 2007
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

**June 1, 2007**
Date

## RETURN OF SERVICE

Service was made by me on:[1]   Date  6/12/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
US District Court

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6/12/07
             Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.