LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00048 |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **Motion to Vacate Trial** |
| WADE PEREZ WILLIAMS, | ) | |
| Defendant. | ) | |

For the reasons stated in the Government's motion filed on July 19, 2007, the trial currently scheduled for August 7, 2007, is hereby vacated.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jul 24, 2007**